| STATE OF MINNESOTA | ) | **UNDER SEAL** |
|---|---|---|
| | ) ss. | AFFIDAVIT OF JAMES G. KING |
| COUNTY OF ST. LOUIS | ) | Case No. 25-mj-727 (ECW) |

1.    I am a Deportation Officer with the Department of Homeland Security, Enforcement and Removal Operations (ERO) and have been so employed since December 2016. In my position as a Deportation Officer, I have had both training and experience in criminal and administrative investigations of criminal aliens, to include, but not limited to, the use of law enforcement databases, covert surveillance, and field interviews. As a result of my training and experience as a Deportation Officer, I am familiar with determining alienage and removability based on the Immigration and Nationality Act.

2.    This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Luis Antonio GARCIA-LOPEZ illegal reentry after removal in violation of Title 8, United States Code, Section 1326(a).

3.    This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4.      The defendant is a native and citizen of Mexico. In June 2002, the defendant was encountered by immigration authorities after a criminal drug conviction. He was issued a Notice to Appear before an Immigration Judge. On August 30, 2007, he was granted permission to depart voluntarily, but he failed to depart within the required time, so the order became a final order of removal. The defendant departed from the United States to Mexico on or about January 27, 2008. In April 2008, the defendant was apprehended by U.S. Customs and Border Protection near the United States/Mexico border. He was issued a Notice and Order of Expedited Removal and removed to Mexico on April 16, 2008.

5.      On or about October 1, 2025, law enforcement positively identified the defendant in Hibbing, Minnesota.

6.      The defendant had not obtained permission from the Attorney General of the United States nor the U.S. Secretary of Homeland Security to reapply for admission to the United States.

7.      Based on the information set forth above, there is probable cause to believe that the defendant, Luis Antonio GARCIA-LOPEZ, violated Title 8, United States Code, Section 1326(a), by illegally reentering the United States after removal.

2

Further your Affiant sayeth not.

_____
James G. King
Deportation Officer, ERO


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
Date:  October 24, 2025


_____
THE HON. ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

3